77 F.3d 461
 Anthony Barbee
v.
Pennsylvania Department of Corrections, Donald Vaughn,
Superintendent, Thomas Stachelek, Deputy Superintendent,
William Winder, Deputy Superintendent, Stephen Lucash,
Major, A.L. Smith, Captain, S.A. Williams, Captain, H.
Owens, Lieutenant, W. Wilkie, Lt., Campbell, Lt., Fitts,
Lt., Soler, Lt., Griffith, Sergeant, P. Reilly, Personnel
Director, A. Uhl, Personnel Analyst, Clymer, Deputy
Commissioner, Employees of Department of Corrections
 NO. 95-1304
 United States Court of Appeals,
Third Circuit.
 Jan 10, 1996
 
 Appeal From: E.D.Pa., No. 92-cv-07346,
 O'Neill, J.
 
 
 1
 AFFIRMED.